| | | |
|---|---|---|
| **WEAVER COOKE CONSTRUCTION, LLC;** | ) | |
| | ) | |
| **Appellant,** | ) | |
| | ) | |
| **v.** | ) | **NO.: 5:14-cv-00537-BR** |
| | ) | |
| **STOCK BUILDING SUPPLY, LLC** | ) | |
| | ) | |
| **Appellee.** | ) | |

| | | |
|---|---|---|
| **WEAVER COOKE CONSTRUCTION, LLC;** | ) | |
| | ) | |
| **Appellant,** | ) | |
| | ) | |
| **v.** | ) | **NO.: 5:14-cv-00475-BR** |
| | ) | |
| **STOCK BUILDING SUPPLY, LLC** | ) | |
| | ) | |
| **Appellee.** | ) | |

**ORDER**

This matter comes before the court on Weaver Cooke Construction, LLC's unopposed

motion to dispense with the appendix requirement under Bankruptcy Rules 8018(b)(1) and (2).

The motion is ALLOWED.

This 21 August 2015.

_____

W. Earl Britt
Senior U.S. District Judge